# EXHIBIT C



127 Public Square
Cleveland, Ohio  44114

**Invoice**

Mr. Cole Johnson                                                                                        June 24, 2024
Bridgelink Power, LLC
777 Main Street #3000
Fort Worth, TX 76102

**Transaction Expenses**

| | |
|---|---|
| Retainer Fee – Milestone I ............................................................………… | $10,000 |
| Retainer Fee – Milestone II   ........................................................…………. | $80,000 |
| Retainer Fee – Milestone III   .....................................................…………. | $210,000 |
| Sale Transaction Fee ................................................................…………. | $2,700,000 |
| Deal Expenses.........................................................................…………. | $32,367 |

**Total Amount Due**   ...........................................................………….  **$3,032,367**

Please remit payment either via wire transfer or mail to the address shown below:

| KeyBank N.A. | KeyBanc Capital Markets |
|---|---|
| ███████████ | Attn: Wendy Melda |
| ███████████ | Mailcode: OH-01-49-0254 |
| Account of:  KeyBanc Capital Markets | 4900 Tiedeman Road |
| FFC: M&A (Project BRONC, PRJ-000668) | Brooklyn, OH  44144-2302 |